252 So.2d 457

**STATE of Louisiana ex rel. Nealy Ray CLARK**

**v.**

**Louis M. SOWERS, Director, Dept. of Corrections, et al.**

No. 51760.

Sept. 28, 1971.

In re: Nealy Ray Clark applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Writ refused. There is no merit in the application.

252 So.2d 666

**STATE of Louisiana ex rel. Robert Charles GREGORY**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**
No. 51768.

Sept. 30, 1971.

In re: Robert Charles Gregory applying for writ of habeas corpus.

Writ denied: The factual allegations do not support an involuntary plea. McMann

v. Richardson, 397 U.S. 759, 90 S.Ct. 1441, 25 L.Ed.2d 763 (1970). The plea of guilty was taken prior to Boykin v. Alabama, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274.